# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3652

Zackaria Dahir Mohamed

Appellee

v.

Merrick B. Garland, U.S. Attorney General, et al.

Appellants

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cv-02629-SRN)

---

**MANDATE**

In accordance with the judgment of March 20, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 20, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit